UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST, and BORIS SALJANIN, c/o Robbins Geller Rudman & Dowd LLP 655 W. Broadway, Suite 1900 San Diego, CA 92101, <br><br>              Plaintiff, <br><br>       vs. <br><br>THE UNITED STATES FOOD AND DRUG ADMINISTRATION, 10903 New Hampshire Ave. Silver Spring, MD 20993 <br><br>              Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Misc. No. <br><br> CASE IN OTHER COURT: <br> *Odeh v. Immunomedics, Inc.*, <br><br> Civil No. 2:19-cv-17645-EP-ESK (D.N.J.) |

PLAINTIFFS' MOTION TO COMPEL THE UNITED STATES FOOD AND DRUG
ADMINISTRATION TO ALLOW THE DEPOSITION OF DR. CHACON

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Plaintiffs Construction Industry and Laborers Joint Pension Trust and Boris Saljanin, by and through their counsel, hereby respectfully move this Court, at 333 Constitution Avenue N.W., Washington, D.C. 20001, for an Order compelling the United States Food and Drug Administration ("FDA") to allow the deposition of Dr. Chacon to proceed. In support of this motion, Plaintiffs respectfully submit the accompanying Memorandum of Law, the Declaration of Trig R. Smith (and exhibits attached thereto), and [Proposed] Order Granting Plaintiffs' Motion.

Plaintiffs respectfully request oral argument on the Motion to Compel the United States Food and Drug Administration to Allow Dr. Chacon's Deposition at a date and time convenient for the Court.

DATED: September 22, 2022

ROBBINS GELLER RUDMAN
   & DOWD LLP
THOMAS E. EGLER (189871)

/s/ Thomas E. Egler
THOMAS E. EGLER

905 16th Street NW, Suite 303
Washington, DC 20006
Telephone: 202/822-6762
202/828-8528 (fax)

Attorneys for Plaintiff

- 1 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September, 2022, a copy of the foregoing declaration of trig r. smith in support of PLAINTIFFS' MOTION TO COMPEL THE UNITED STATES FOOD AND DRUG ADMINISTRATION TO ALLOW THE DEPOSITION OF DR. CHACON was served *via* the Court's CM/ECF system on all properly registered parties and counsel.

THOMAS E. EGLER (189871)