UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST, and BORIS SALJANIN, c/o Robbins Geller Rudman & Dowd LLP 655 W. Broadway, Suite 1900 San Diego, CA 92101, | ) ) ) ) ) ) | Misc. No. CASE IN OTHER COUIRT: *Odeh v. Immunomedics, Inc.*, Civil No. 2:19-cv-17645-EP-ESK (D.N.J.) |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| THE UNITED STATES FOOD AND DRUG ADMINISTRATION, 10903 New Hampshire Ave. Silver Spring, MD 20993 | ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

DECLARATION OF TRIG R. SMITH IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE UNITED STATES FOOD AND DRUG ADMINISTRATION TO ALLOW THE DEPOSITION OF DR. CHACON

4862-9876-3572.v1

I, TRIG R. SMITH, declare as follows:

1.      I am a member of the law firm of Robbins Geller Rudman & Dowd LLP and am admitted to practice law in the states of California and Colorado.  I have personal knowledge of the facts presented in this declaration and would testify regarding those facts, under oath, in Court if requested.

2.      Attached to my declaration are true and correct copies of the following documents:

Exhibit A:      Plaintiffs' December 1, 2021 "*Touhy*" request for deposition of Dr. Reyes Candau-Chacon ("Dr. Chacon");

Exhibit B:      Plaintiffs' September 9, 2022 deposition subpoena directed to Dr. Chacon;

Exhibit C:      July 31, 2018 email to Dr. Chacon, with Immunomedics' February 5, 2018 letter to the FDA attached;

Exhibit D:      Excerpt of Minutes of November 2, 2018 Type A meeting between the FDA and Immunomedics;

Exhibit E:      September 7, 2022 email and attached letter rejecting Plaintiffs' December 1, 2021 "*Touhy*" request for Dr. Chacon's deposition;

Exhibit F:      Operative complaint in *Odeh v. Immunomedics, Inc., et al.*, No. 2:18-cv-17645-EP-ESK (D.N.J.) (including attachments);

Exhibit G:      Excerpt of Immunomedics' Draft Ethical Conduct and Data Integrity Policy;

Exhibit H:      September 6, 2018 email from Dr. Chacon;

Exhibit I:      July 31, 2020 Letter Order denying Defendants' motion to dismiss;

Exhibit J:      Excerpts of February 26, 2018 DLA Piper "Investigation Update";

Exhibit K:      Excerpt of Immunomedics' March 1, 2018 letter to the FDA;

Exhibit L:      June 28 and 29, 2018 email string regarding upcoming Morris Plains pre-approval inspection;

Exhibit M:      Excerpts of Establishment Inspection Report (or "EIR") for August 2018 pre-approval inspection of Morris Plains facility;

Exhibit N:      September 5, 2018 email regarding deviations at the Morris Plains manufacturing facility;

Exhibit O:      August 14, 2018 email from defendant Rosenberg to defendant Pehl, et. al.;

Exhibit P:     January 23, 2019 letter from FDA to Immunomedics;

Exhibit Q:     December 10 and 12, 2018 emails from Dr. Chacon;

Exhibit R:     December 1, 2021 email and attached *Touhy* letter requesting Dr. Chacon's testimony;

Exhibit S:     Correspondence between Plaintiffs and FDA regarding Dr. Chacon's testimony;

Exhibit T:     Calendar invite for July 27, 2022 conference call with FDA;

Exhibit U:     July 29, 2022 email from Lauren DiPaola;

Exhibit V:     August July 29 through August 5, 2022 email string between plaintiffs and defendants in the underlying action;

Exhibit W:     August 10 through August 20, 2022 email string between plaintiffs and defendants in the underlying action;

Exhibit X:     Operative Discovery Confidentiality Order in *Odeh v. Immunomedics, Inc., et al.*, No. 2:18-cv-17645-EP-ESK (D.N.J.); and

Exhibit Y:     March 2 through July 15, 2022 email string regarding confidentiality designations.

3.      I participated in the August 10, 2022 conference call with members of the FDA and counsel for defendants in the underlying action.  Jacob Walker and Tor Gronborg also participated on behalf of plaintiffs.  Mary Beth Maloney, Monica Loseman, and Allison Kostecka participated as counsel for defendants.  Lauren DiPaola, Whitney White, and other members from the FDA's Office of General Counsel participated in the call.  During that call, Ms. Maloney informed the FDA that should it approve plaintiffs' request for Dr. Chacon's testimony, defendants would ask the FDA to approve two additional deposition requests from defendants.  During the call, defense counsel declined to identify the two individuals from which defendants would seek deposition testimony, despite the FDA asking defense to counsel to identify them during the call.

4.      Near the end of the August 10, 2022 conference call between the FDA, plaintiffs, and defendants, the FDA instructed the parties in the underlying action to leave September 8 and 9, 2022 open on their calendars for Dr. Chacon's proposed deposition.

- 3 -

5.      During a July 27, 2022 conference call with the FDA regarding Dr. Chacon's deposition scheduling, Lauren DiPaola informed me that the agency had instructed Dr. Chacon to plan for her deposition proceeding on either September 8 or 9, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on September 22, 2022, in San Diego, California.

_____
TRIG R. SMITH

4862-9876-3572.v1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of September, 2022, a copy of the foregoing

DECLARATION OF TRIG R. SMITH IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL

THE UNITED STATES FOOD AND DRUG ADMINISTRATION TO ALLOW THE

DEPOSITION OF DR. CHACON of was served *via* the Court's CM/ECF system on all properly

registered parties and counsel.

THOMAS E. EGLER (189871)

4862-9876-3572.v1