**From:** Candauchacon, Maria
**To:** Dharmasena, Madushini
**Subject:** FW: Immunomedics report of issues ███████████
**Date:** Wednesday, August 01, 2018 4:51:07 PM
**Attachments:** cover-letter-sn0056-cmc-info-amend-06feb2018.pdf

**From:** Shapiro, Marjorie
**Sent:** Tuesday, July 31, 2018 11:48 AM
**To:** Candauchacon, Maria <Maria.Candauchacon@fda.hhs.gov>
**Cc:** Siegel, Andrea <Andrea.Siegel@fda.hhs.gov>
**Subject:** Immunomedics report of issues ███████████

Hi Reyes,

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

Marjie



**IMMUNOMEDICS, INC.**

300 American Road, Morris Plains, New Jersey 07950

February 5, 2018

Julia Beaver, M.D., Acting Director
Food and Drug Administration
Center for Drug Evaluation and Research
Office of Hematology and Oncology Products
Division of Oncology Products 1 (DOP1)
5901-B Ammendale Road
Beltsville, MD 20705-1266

Attn.: Janice Kim, Regulatory Health Project Manager

Re:   IND 122694 - sacituzumab govitecan
      Information Amendment: CMC
      Serial Number 0056

Dear Dr. Beaver:



Cover letter SN0056 cmc info amend (06Feb2018)

Tel (973) 605-8200 • web www.immunomedics.com • FAX (973) 605-8282   Pg. 1

**FDACDER_003060**

Dr. J. Beaver
February 5, 2018
Page 2



Should you have any questions, please do not hesitate to contact me at ▮▮▮▮▮ ext. 180 or via e-mail at ▮▮▮▮▮▮▮▮▮▮▮▮▮.

Sincerely,

*Diane Whiteley* (signature)

Diane Whiteley
Vice President
Regulatory Affairs