

FOOD AND DRUG ADMINISTRATION
CENTER FOR DRUG EVALUATION AND RESEARCH

## MEMORANDUM OF MEETING MINUTES



BLA 761115
Page 2



Reference ID: 4357320

BLA 761115
Page 3



BLA 761115
Page 4



Reference ID: 4357320

FDACDER_000353

BLA 761115
Page 5



BLA 761115
Page 6



BLA 761115
Page 7

