**Trig Smith**

| | |
|---|---|
| **From:** | White, Whitney <Whitney.White@fda.hhs.gov> |
| **Sent:** | Wednesday, September 7, 2022 7:00 AM |
| **To:** | Trig Smith |
| **Cc:** | Tor Gronborg; Debra Wyman; Jen Caringal; jeff@blockleviton.com; jake@blockleviton.com; michael@blockleviton.com; DiPaola, Lauren; Badawy, Margo; ORA Testimony Info Share Team |
| **Subject:** | 20.1 Denial - Odeh v. Immunomedics (RGR D LLP and B L LLP) |
| **Attachments:** | Rule 20.1 Letter.pdf; 20.1 Denial - Odeh v. Immunomedics RGR D LLP and B L LLP 09_01_2022.pdf |

EXTERNAL SENDER
Good Morning Trig,

As a follow-up to our meeting, and in response to your December 21, 2021, Touhy request, the Food and Drug Administration (FDA) denies your request for FDA employee, Dr. Candauchacon's testimony, under 21 CFR 20.1.

In addition to the reasons noted in our attached response, as discussed, FDA is not a party to this litigation and must remain impartial to all parties. After speaking with both parties and further reviewing your 20.1 request and defense counsel's subpoena for records, along with two additional witnesses, we are denying your request due to the time, resources, and undue burden on the agency to accommodate three witnesses.

When FDA receives a request for testimony and/or documents, we look at specific criteria before deciding whether to authorize or deny these requests. In this instance, we initially, tentatively determined the burden was very low for Dr. Candauchacon's deposition, which would have taken approximately six hours. Now, with the total request for three witnesses, all parties would have equal time deposing each. However, if both parties can agree on a less burdensome request, ensuring that FDA's time and resources are taken into consideration, we may revisit.

Please do not hesitate to let me know if you have any concerns.

Thank you,

*Whitney M. White*
Testimony Specialist
Division of Information Disclosure Policy
Office of Strategic Planning and Operational Policy
US Food and Drug Administration
615-366-7992 (phone)
615-509-4095 (mobile)
*whitney.white@fda.hhs.gov*



September 1, 2022

Trig R. Smith
655 West Broadway, 19th Floor
San Diego, CA 92101
619-231-1058
trigs@rgrdlaw.com

Re:    **Testimony Request of** *Odeh v. Immunomedics, Inc., No. 2:18-cv-17645-MCA-ESK (D.N.J.)*

Dear Trig Smith:

This letter is in response to your December 1, 2021, request for the testimony of Dr. Reyes Candau-Chacon regarding Odeh v. Immunomedics, Inc. After careful consideration of your request, as well as the additional information you provided during phone conversations with the Food and Drug Administration (FDA) and Defense Counsel regarding desired scope of testimony pursuant to 21 C.F.R. § 20.1, I hereby deny your request for testimony as described below.

Requests for testimony of FDA employees are governed by Title 21, Code of Federal Regulations, section 20.1 (21 C.F.R. § 20.1). This regulation prohibits any FDA employee from providing testimony pertaining to any information acquired in the discharge of his or her official duties, except with the express authorization of the Commissioner of Food and Drugs or an employee designated by her to act on her behalf. As Director for Office of Strategic Planning and Operational Policy, I have been delegated the authority by the Commissioner of Food and Drugs to review any requests made under 21 C.F.R. § 20.1.

The purpose of 21 C.F.R. § 20.1 is to enable FDA to allocate its limited resources in a manner designed to protect both the public health and FDA's impartiality. Under section 20.1, FDA may not grant a request for an employee to give testimony in litigation to which the Agency is not a party unless the Agency determines that the testimony meets three requirements: (1) it is in the public interest; (2) it promotes the objectives of the Federal Food, Drug, and Cosmetic Act (FDCA); and (3) it advances the mission of FDA. 21 C.F.R. § 20.1(c). All three requirements must be satisfied for FDA to grant your request for testimony. In addition, 21 C.F.R. § 20.1 provides FDA the sole discretion to decide whether to grant a request for employee testimony. Thus, even if a requester has demonstrated that granting employee testimony would meet the regulation's requirements, FDA may still deny such a request.

Your request for Dr. Reyes Candau-Chacon's testimony does not meet the requirements of 21 C.F.R. § 20.1. Authorizing employees to testify in litigation to which the FDA is not a party would divert manpower and resources from FDA's public health mission, and therefore, does not serve the public health interest. FDA serves the public by fulfilling its obligations under the FDCA and related statutes, not by providing testimony in private litigation to which the agency is not a party.

Additionally, in response to your September 20, 2020, subpoena, FDA has already made many productions of records, including information regarding the inspection. It is not in the public interest for government employees to testify about records that FDA has produced when the records speak for themselves. Diverting time from our duties to testify to matters that do not support our mission is not warranted, especially when information about these topics can be obtained from other sources.

U.S. Food & Drug Administration
12420 Parklawn Dr.
Rockville, MD 20857
www.fda.gov

Page 2 -  Odeh v. Immunomedics, Inc., No. 2:18-cv-17645-MCA-ESK (D.N.J.)

In conclusion, your request has failed to satisfy the requirements in 21 C.F.R. § 20.1 or to present circumstances sufficient to justify the granting of your request even if the 21 CFR § 20.1 criteria has been met.  Therefore, pursuant to 21 C.F.R. § 20.1, I am denying your request for the testimony of Dr. Reyes Candau-Chacon.

If you have any further questions, please contact Whitney White in the Office of Strategic Planning and Operational Policy at ORAInfoShare@fda.hhs.gov.

Sincerely,

Steven J. Tave -S

Digitally signed by
Steven J. Tave -S
Date: 2022.09.06
09:12:43 -04'00'

Steven Tave
Director
Office of Strategic Planning and Operational Policy
Office of Regulatory Affairs
U.S. Food and Drug Administration

Page 3 -  Odeh v. Immunomedics, Inc., No. 2:18-cv-17645-MCA-ESK (D.N.J.)

bcc:
(chron, r/f, Whitney White)
OCC (Lauren (DiPaola) Kisner, Margo Badawy)
Co-Lead Counsel (Jennifer Caringal, Jeffrey Block, Jacob Walker, Michael Gaines)