ATTORNEYS'-EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER

Ethical Conduct and Data Integrity Policy

Number: POL-0018    Version: 1.0    Status: Effective    Effective Date: 8/3/2018