| | |
|---|---|
| **From:** | Candauchacon, Maria |
| **To:** | Siegel, Andrea; Zhou, Qing (Joanna); Shapiro, Marjorie |
| **Cc:** | Hughes, Patricia; Hankins, Jessica; Qiu, Zhihao Peter |
| **Subject:** | RE: ▓▓▓▓▓ Immunomedics 761115 |
| **Date:** | Thursday, September 06, 2018 4:39:55 PM |
| **Attachments:** | image001.gif<br>image002.png<br>image003.png |