ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER





ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



www.dlapiper.com

Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 1

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 2

FDACDER_001657

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



FDACDER_001658

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 4

FDACDER_001659

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 5

FDACDER_001660

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



 Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 7

FDACDER_001662

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 8
FDACDER_001663

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 9

FDACDER_001664

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 10

FDACDER_001665

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



www.dlapiper.com

Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 11

FDACDER_001666

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 12

FDACDER_001667

**ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER**



Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 13

FDACDER_001668

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



FDACDER_001669

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 15

FDACDER_001670

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 16

FDACDER_001671

**ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER**



www.dlapiper.com

Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 17

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 18

FDACDER_001673

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 19

FDACDER_001674

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 20

FDACDER_001675

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



www.dlapiper.com

Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 21

FDACDER_001676

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 22

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 23

FDACDER_001678

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



FDACDER_001679

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



Privileged & Confidential - Attorney-Client Communication - Attorney Work Product | 25

FDACDER_001680

ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER



FDACDER_001681