



Contains Company Confidential Information Exempt From Disclosure Under FOIA

Tel. (973) 605-8200   •   Web: www.immunomedics.com   •   FAX (973) 605-8282

CONFIDENTIAL – SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER                         GDC-IMMU-00126339

Dr. P. Keegan
March 1, 2018
Page 2



Sincerely,

Diane Whiteley
Vice President
Regulatory Affairs

*Contains Company Confidential Information Exempt From Disclosure Under FOIA*

CONFIDENTIAL – SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER                                     GDC-IMMU-00126340