**ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER**

| | |
|---|---|
| From: | Candauchacon, Maria |
| To: | Guerin, Nerizza |
| Cc: | Campbell, Karyn M |
| Subject: | RE: contact point for ORA in NJ |
| Date: | Friday, June 29, 2018 9:57:55 AM |
| Attachments: | image002.png |
| | image004.jpg |
| | image006.jpg |
| | image008.jpg |
| | image010.jpg |
| | image012.jpg |

[redacted]

FDACDER_002905



Thanks,
Reyes Candau-Chacon, PhD.
Quality Assessment Lead (acting)
Division of Microbiology Assessment, Branch IV
Office of Process and Facilities
Office of Pharmaceutical Quality
Center for Drug Evaluation and Research