**ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER**

**From:** Candauchacon, Maria
**Sent:** Wednesday, September 5, 2018 10:23 AM

Reyes