

CONFIDENTIAL – SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER    GDC-IMMU-00829680