

January 23, 2019

Reference: FEI# 1000526871

Diane Whiteley
Vice President Regulatory Affairs
Immunomedics, Inc.,
300 The American Road,
Morris Plains, NJ 07950



U.S. Food and Drug Administration
CDER Office of Pharmaceutical Quality
Office of Process and Facilities
10903 New Hampshire Avenue
Silver Spring, MD 20903
www.fda.gov

FDACDER_002814





Sincerely,

Ephrem Hunde -S
Digitally signed by Ephrem Hunde -S
DN: c=US, o=U.S. Government, ou=HHS, ou=FDA, ou=People, cn=Ephrem Hunde -S, 0.9.2342.19200300.100.1.1=2001823426
Date: 2019.01.25 08:51:24 -05'00'

Ephrem Hunde, Ph.D.
Chemical Engineer
CDER/OPQ/OPF/DIA

U.S. Food and Drug Administration
CDER Office of Pharmaceutical Quality
Office of Process and Facilities
10903 New Hampshire Avenue
Silver Spring, MD 20903
www.fda.gov