**From:** Candauchacon, Maria
**To:** ███
**Subject:** FW: ███
**Date:** Wednesday, December 12, 2018 5:03:33 PM



Thanks,
Reyes Candau-Chacon, PhD.
Quality Assessment Lead (acting)
Division of Microbiology Assessment, Branch IV
Office of Process and Facilities
Office of Pharmaceutical Quality
Center for Drug Evaluation and Research