# Trig Smith

| | |
|---|---|
| **From:** | Philips, Howard <Howard.Philips@fda.hhs.gov> |
| **Sent:** | Wednesday, June 29, 2022 11:39 AM |
| **To:** | Trig Smith; DiPaola, Lauren |
| **Subject:** | RE: [EXTERNAL] RE: Immunomedics Sec. Litig. |

EXTERNAL SENDER
Tuesday      11-1, 2:30 – 4:30
Wednesday    11-2, 3-4
Thursday     11-3
East coast times

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Wednesday, June 29, 2022 2:04 PM
**To:** Philips, Howard <Howard.Philips@fda.hhs.gov>; DiPaola, Lauren <Lauren.Dipaola@fda.hhs.gov>
**Subject:** RE: [EXTERNAL] RE: Immunomedics Sec. Litig.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks Howard. I'm thinking Tuesday, Weds and Thursday of next week. Are there any times during those days that would work best for you?

**From:** Philips, Howard <Howard.Philips@fda.hhs.gov>
**Sent:** Wednesday, June 29, 2022 10:54 AM
**To:** Trig Smith <TrigS@rgrdlaw.com>; DiPaola, Lauren <Lauren.Dipaola@fda.hhs.gov>
**Subject:** RE: [EXTERNAL] RE: Immunomedics Sec. Litig.

EXTERNAL SENDER
Hi Trig,

Lauren is out of the office, but I can help with the AEO issue. When do you want to have that call?

Thanks,

Howard

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Wednesday, June 29, 2022 11:16 AM
**To:** DiPaola, Lauren <Lauren.Dipaola@fda.hhs.gov>
**Cc:** Philips, Howard <Howard.Philips@fda.hhs.gov>
**Subject:** RE: [EXTERNAL] RE: Immunomedics Sec. Litig.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Lauren and Howard.

1

I wanted to update you about the status of the "release" issue (that is, knocking the FDA's Attorneys' Eyes Only ("AEO") document designations down to "Confidential") after this morning's call with Magistrate Judge Kiel. The Court proposed that the parties' counsel and the FDA jump on a brief call to discuss so we can get the issue resolved. It is my understanding that Defendants basically want to confirm that the FDA really takes no position on the matter (that is, the AEO designation was made to protect Immunomedics' data/information) and the procedure that I have proposed (executing the release) is something that the FDA has done before.

Again, I hope all is well with you both and I'm sure you are exceedingly busy (as usual). We look forward to hearing from the agency at its earliest convenience to set up a brief call with Defendants' counsel regarding the "AEO" designations and the previously discussed August 11/August 18 deposition date proposal for Dr. Chacon.

Best regards,

**Trig Smith**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

**From:** Trig Smith
**Sent:** Thursday, June 23, 2022 4:02 PM
**To:** 'DiPaola, Lauren' <Lauren.Dipaola@fda.hhs.gov>
**Cc:** 'Philips, Howard' <Howard.Philips@fda.hhs.gov>
**Subject:** RE: [EXTERNAL] RE: Immunomedics Sec. Litig.

Hi Lauren. Hope all is well and do not mean to pester.

I wanted to double-check with you particularly regarding the August 11 and 18 deposition dates we had previously discussed. Please let me know how things are progressing on that matter at your earliest convenience.

Best regards,

**Trig Smith**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

**From:** Trig Smith
**Sent:** Wednesday, June 15, 2022 11:33 AM
**To:** 'DiPaola, Lauren' <Lauren.Dipaola@fda.hhs.gov>
**Cc:** Philips, Howard <Howard.Philips@fda.hhs.gov>
**Subject:** RE: [EXTERNAL] RE: Immunomedics Sec. Litig.

Hi Lauren. Hope all is well.

Just wanted to touch base briefly. I'm now in the process of gathering documents for a potential declaration for the FDA documents we'd like to use during Dr. Chacon's deposition. Currently, I do not believe that it will be necessary to do two separate batches of docs (that is, docs from the agency's production and others from Defendants' production). So that should make it much easier on you. I also wanted to let you know we're having a little difficulty with Defendants in getting them to sign a document that would allow the FDA to bump the confidentiality designation of the FDA's document production from highly confidential/attorneys' eyes only to just "confidential." That said, that issue does not pose an issue in proceeding with the deposition (that is, we can always resolve that matter with Defendants at a later date (even after Dr. Chacon's deposition)).

Lastly, I do not believe we have confirmed August 11 or August 18 for Dr. Chacon's deposition. At your earliest convenience, please let us know if either date will work or if we need to discuss some other date.

I'm more than happy to jump on a call if you would like to.

Best,

Trig

**From:** DiPaola, Lauren <Lauren.Dipaola@fda.hhs.gov>
**Sent:** Thursday, February 24, 2022 11:57 AM
**To:** Trig Smith <TrigS@rgrdlaw.com>
**Cc:** Philips, Howard <Howard.Philips@fda.hhs.gov>; 'Jacob Walker' <jake@blockleviton.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** RE: [EXTERNAL] RE: Immunomedics Sec. Litig.

EXTERNAL SENDER
Hi Trig,

I was out of the office last week and playing catch-up, I will get back to you early next week.

Lauren (DiPaola) Kisner
Lead Testimony Specialist
Division of Information Disclosure Policy
Office of Strategic Planning and Operational Policy
Office of Regulatory Affairs
U.S. Food and Drug Administration
12420 Parklawn Drive
Element Bldg., Rm. 4042
Rockville, MD 20857
Ph: 301-796-3910  cell: 301-204-6996
Lauren.DiPaola@FDA.HHS.GOV
ORAInfoShare@fda.hhs.gov
20.88 Long Term Database

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Wednesday, February 16, 2022 1:56 PM
**To:** DiPaola, Lauren <Lauren.Dipaola@fda.hhs.gov>
**Cc:** Philips, Howard <Howard.Philips@fda.hhs.gov>; 'Jacob Walker' <jake@blockleviton.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** RE: [EXTERNAL] RE: Immunomedics Sec. Litig.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Lauren:

We hope all is well with you and Howard and your families. I wanted to follow up on our January 28, 2020 telephone call, in which the following matters were discussed: (1) proposed dates for Dr. Chacon's deposition; (2) the designation of documents as "Attorneys' Eyes Only" ("AEO"); and (3) the agency's certification of certain FDA authored documents.

Plaintiffs propose August 11 or August 18, 2022 for Dr. Chacon's deposition. We conferred with defense counsel regarding those dates and the agency's proposal to limit the time of the deposition. Plaintiffs desire 3 hours, and we proposed giving defendants three hours (presuming they elect to question Dr. Chacon at all). Defendants have not objected to the proposed dates, or the proposed time limit/allocation.

As soon as I get agreement on a release – for the purpose of knocking the agency's confidentiality designation from AEO to Confidential -- we'll pass that on to you.

Lastly, I anticipate getting the two batches of FDA docs/comms for certification (first will be docs not produced by FDA, and second being docs produced by FDA) beginning in the next few weeks.

At your earliest convenience, please let us know if the proposed August 11 or August 18 deposition dates work for the agency and Dr. Chacon.

Best regards,

**Trig Smith**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

☐ ☐ ☐ ☐ ☐

**From:** Trig Smith
**Sent:** Wednesday, January 26, 2022 3:02 PM
**To:** 'DiPaola, Lauren' <Lauren.Dipaola@fda.hhs.gov>
**Cc:** Philips, Howard <Howard.Philips@fda.hhs.gov>; 'Jacob Walker' <jake@blockleviton.com>; Tor Gronborg

4

<TorG@rgrdlaw.com>
**Subject:** RE: [EXTERNAL] RE: Immunomedics Sec. Litig.

Thanks Lauren. Talk to you Friday.

**From:** DiPaola, Lauren <Lauren.Dipaola@fda.hhs.gov>
**Sent:** Wednesday, January 26, 2022 2:55 PM
**To:** Trig Smith <TrigS@rgrdlaw.com>
**Cc:** Philips, Howard <Howard.Philips@fda.hhs.gov>; 'Jacob Walker' <jake@blockleviton.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** RE: [EXTERNAL] RE: Immunomedics Sec. Litig.

EXTERNAL SENDER
I just sent the invite, have a nice evening.

Lauren (DiPaola) Kisner
Lead Testimony Specialist
Division of Information Disclosure Policy
Office of Strategic Planning and Operational Policy
Office of Regulatory Affairs
U.S. Food and Drug Administration
12420 Parklawn Drive
Element Bldg., Rm. 4042
Rockville, MD 20857
Ph: 301-796-3910  cell: 301-204-6996
Lauren.DiPaola@FDA.HHS.GOV
ORAInfoShare@fda.hhs.gov
20.88 Long Term Database

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Wednesday, January 26, 2022 5:37 PM
**To:** DiPaola, Lauren <Lauren.Dipaola@fda.hhs.gov>
**Cc:** Philips, Howard <Howard.Philips@fda.hhs.gov>; 'Jacob Walker' <jake@blockleviton.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** RE: [EXTERNAL] RE: Immunomedics Sec. Litig.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

No problems at all.

That will work for us. Did you want to send the invite, or would you like me to?

Best,

Trig

**From:** DiPaola, Lauren <Lauren.Dipaola@fda.hhs.gov>
**Sent:** Wednesday, January 26, 2022 2:32 PM
**To:** Trig Smith <TrigS@rgrdlaw.com>
**Cc:** Philips, Howard <Howard.Philips@fda.hhs.gov>; 'Jacob Walker' <jake@blockleviton.com>; Tor Gronborg

5

<TorG@rgrdlaw.com>
**Subject:** RE: [EXTERNAL] RE: Immunomedics Sec. Litig.

EXTERNAL SENDER
Sorry I forgot you are I think 3 hours behind. I have 30 mins from 1:00 – 1:30 EST. Will this work?

Lauren (DiPaola) Kisner
Lead Testimony Specialist
Division of Information Disclosure Policy
Office of Strategic Planning and Operational Policy
Office of Regulatory Affairs
U.S. Food and Drug Administration
12420 Parklawn Drive
Element Bldg., Rm. 4042
Rockville, MD 20857
Ph: 301-796-3910  cell: 301-204-6996
Lauren.DiPaola@FDA.HHS.GOV
ORAInfoShare@fda.hhs.gov
20.88 Long Term Database

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Wednesday, January 26, 2022 4:11 PM
**To:** DiPaola, Lauren <Lauren.Dipaola@fda.hhs.gov>
**Cc:** Philips, Howard <Howard.Philips@fda.hhs.gov>; 'Jacob Walker' <jake@blockleviton.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** RE: [EXTERNAL] RE: Immunomedics Sec. Litig.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sorry, Lauren, if PT, we're available between 9 am and 10:45 am. Sorry!

**From:** Trig Smith
**Sent:** Wednesday, January 26, 2022 1:10 PM
**To:** 'DiPaola, Lauren' <Lauren.Dipaola@fda.hhs.gov>
**Cc:** Philips, Howard <Howard.Philips@fda.hhs.gov>; 'Jacob Walker' <jake@blockleviton.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** RE: [EXTERNAL] RE: Immunomedics Sec. Litig.

Hi Lauren. Just want to confirm whether that time is ET or PT. If ET, we're available between 9 am and 10:45.

    We can always schedule for next week as well.

Best,

Trig

**From:** DiPaola, Lauren <Lauren.Dipaola@fda.hhs.gov>
**Sent:** Wednesday, January 26, 2022 12:44 PM
**To:** Trig Smith <TrigS@rgrdlaw.com>

6

**Cc:** Philips, Howard <Howard.Philips@fda.hhs.gov>; 'Jacob Walker' <jake@blockleviton.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** RE: [EXTERNAL] RE: Immunomedics Sec. Litig.

EXTERNAL SENDER
Hi Trig,

I am free from 9 – 11:30, what time works best? I can send an invite once I hear back from you. Thanks.

Lauren (DiPaola) Kisner
Lead Testimony Specialist
Division of Information Disclosure Policy
Office of Strategic Planning and Operational Policy
Office of Regulatory Affairs
U.S. Food and Drug Administration
12420 Parklawn Drive
Element Bldg., Rm. 4042
Rockville, MD 20857
Ph: 301-796-3910  cell: 301-204-6996
Lauren.DiPaola@FDA.HHS.GOV
ORAInfoShare@fda.hhs.gov
20.88 Long Term Database

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Wednesday, January 26, 2022 12:13 PM
**To:** DiPaola, Lauren <Lauren.Dipaola@fda.hhs.gov>
**Cc:** Philips, Howard <Howard.Philips@fda.hhs.gov>; 'Jacob Walker' <jake@blockleviton.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** RE: [EXTERNAL] RE: Immunomedics Sec. Litig.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Lauren.

Is Friday convenient for you?

If yes, let me know if you have a preferred time. My Friday is wide open.

Best,

Trig


-------- Original message --------
From: "DiPaola, Lauren" <Lauren.Dipaola@fda.hhs.gov>
Date: 1/26/22 4:47 AM (GMT-08:00)
To: Trig Smith <TrigS@rgrdlaw.com>

Cc: "Philips, Howard" <Howard.Philips@fda.hhs.gov>, 'Jacob Walker' <jake@blockleviton.com>, Tor Gronborg <TorG@rgrdlaw.com>
Subject: RE: [EXTERNAL] RE: Immunomedics Sec. Litig.

EXTERNAL SENDER
Good morning Trig,

Sorry for the delay, do you have time for a quick call this week?

Lauren (DiPaola) Kisner
Lead Testimony Specialist
Division of Information Disclosure Policy
Office of Strategic Planning and Operational Policy
Office of Regulatory Affairs
U.S. Food and Drug Administration
12420 Parklawn Drive
Element Bldg., Rm. 4042
Rockville, MD 20857
Ph: 301-796-3910  cell: 301-204-6996
Lauren.DiPaola@FDA.HHS.GOV
ORAInfoShare@fda.hhs.gov
20.88 Long Term Database

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Tuesday, January 25, 2022 2:40 PM
**To:** DiPaola, Lauren <Lauren.Dipaola@fda.hhs.gov>
**Cc:** Philips, Howard <Howard.Philips@fda.hhs.gov>; 'Jacob Walker' <jake@blockleviton.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** [EXTERNAL] RE: Immunomedics Sec. Litig.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Lauren.

I hope you had a pleasant set of holidays.

At your earliest convenience, please let us know what the status is of Rule 20.1 request.

Best regards,


**Trig Smith**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

☐ ☐ ☐ ☐ ☐

8

**From:** Trig Smith
**Sent:** Wednesday, December 1, 2021 6:00 PM
**To:** 'DiPaola, Lauren' <Lauren.Dipaola@fda.hhs.gov>
**Cc:** 'Howard.Philips@fda.hhs.gov' <Howard.Philips@fda.hhs.gov>; 'Jacob Walker' <jake@blockleviton.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** Immunomedics Sec. Litig.

Hi Lauren and Howard.

We hope your and your families' holiday was pleasant. Attached is Plaintiffs' Rule 20.1 request to the FDA for Dr. Reyes Candau-Chacon's deposition testimony. Of course, Plaintiffs look forward to discussing a reasonable deposition date that will pose as little of a burden on the agency as possible.

Please let me know if you have any questions.

Best regards,


**Trig Smith**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.