# Trig Smith

| | |
|---|---|
| **From:** | Trig Smith <TrigS@rgrdlaw.com> |
| **Sent:** | Friday, July 22, 2022 10:26 AM |
| **To:** | Lauren.Dipaola@fda.hhs.gov |
| **Subject:** | Accepted: Immunomedics Sec. Litig. |

When: Jul 27, 2022 11:00:00 AM