# Trig Smith

| | |
|---|---|
| **From:** | DiPaola, Lauren <Lauren.Dipaola@fda.hhs.gov> |
| **Sent:** | Friday, July 29, 2022 8:09 AM |
| **To:** | Trig Smith |
| **Cc:** | Badawy, Margo; White, Whitney |
| **Subject:** | Odeh v. Immunomedics, Inc. |

EXTERNAL SENDER
Hi Trig,

Maria (Reyes) is blocking her calendar for Sept. 8 and 9. Once you have picked a date please let me know. Have a nice weekend.

Lauren (DiPaola) Kisner
Litigation Project Manager
FDA, Office of Chief Counsel
Office: 301-796-3910
Cell: 301-204-6996
Lauren.DiPaola@fda.hhs.gov

This e-mail message is intended for the exclusive use of the recipient(s) named above. It may contain information that is protected, privileged, or confidential, and it should not be disseminated, distributed, or copied to persons not authorized to receive such information. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think you have received this e-mail message in error, please e-mail the sender immediately at Lauren.DiPaola@fda.hhs.gov.