**Trig Smith**

| | |
|---|---|
| **From:** | Maloney, Mary Beth <MMaloney@gibsondunn.com> |
| **Sent:** | Friday, August 5, 2022 12:49 PM |
| **To:** | Trig Smith; Kostecka, Allison |
| **Cc:** | Carmichael, Chaplin J.; Lulkin, Lydia; Loseman, Monica K.; Varnen, Craig; Dougherty, Luke; Turquet Bravard, John; 'Rodney Villazor'; 'Michael Sala'; 'Brian Burns'; 'Jacob Walker'; 'Nathaniel Silver'; 'Michael Gaines'; 'Brendan Jarboe'; Dawn Watts |
| **Subject:** | RE: Immunomedics -- Deposition of Dr. Chacon |

EXTERNAL SENDER
Counsel:

Thank you for your email. I am responding as my colleague, Allison Kostecka, is out this week.

In light of Plaintiffs' unilateral communications with the FDA regarding Plaintiffs' supposed discovery needs, we also reached out to the FDA Office of Chief Counsel to discuss what discovery Defendants have requested from the FDA in order to ensure a complete record in this case. Just as Plaintiffs' counsel can communicate directly with the FDA, so can Defendants' counsel. This is not "interference."

Defendants do not believe testimony from anyone at the FDA is in the public interest, as required by 21 C.F.R. § 20.1, in part because we believe FDA deposition testimony is duplicative of the materials already produced by both the FDA and Defendants to date, which include emails from Dr. Chacon. Is there some specific, relevant information Plaintiffs believe is not in the documents that only Dr. Chacon can provide? In the event the FDA issues a formal order granting Plaintiffs' deposition request—which we understand they have not yet done—Defendants will have no choice but to request deposition testimony from two additional individuals at the FDA in the interest of completeness and to avoid development of a partial and potentially misleading record regarding the FDA's process, considerations, and communications at relevant points in time.

Like you, we want the conference call the FDA has requested with all parties to be productive, and to that end, we request that Plaintiffs explain the nature and scope of the testimony Plaintiffs seek from Dr. Chacon as soon as possible. We understand from the FDA that specific topics have been agreed to between you and the FDA. As for scheduling the conference call, the FDA suggested we try for next week and we responded that we would be open to that. We expect to soon receive a response related to scheduling.

Thanks,
Mary Beth


Mary Beth Maloney

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2315 • Fax +1 212.351.6315
MMaloney@gibsondunn.com • www.gibsondunn.com

1

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Friday, August 5, 2022 12:31 PM
**To:** Kostecka, Allison <AKostecka@gibsondunn.com>
**Cc:** Carmichael, Chaplin J. <CCarmichael@gibsondunn.com>; 'Mishkin, Benjamin S.' <BMishkin@gibsondunn.com>; Loseman, Monica K. <MLoseman@gibsondunn.com>; Varnen, Craig <CVarnen@gibsondunn.com>; Maloney, Mary Beth <MMaloney@gibsondunn.com>; Dougherty, Luke <LDougherty@gibsondunn.com>; Turquet Bravard, John <JTurquetBravard@gibsondunn.com>; 'Rodney Villazor' <rodney.villazor@smithvillazor.com>; 'Michael Sala' <michael.sala@smithvillazor.com>; 'Brian Burns' <brian.burns@smithvillazor.com>; 'Jacob Walker' <jake@blockleviton.com>; 'Nathaniel Silver' <nate@blockleviton.com>; 'Michael Gaines' <michael@blockleviton.com>; 'Brendan Jarboe' <brendan@blockleviton.com>; dwatts@rgrdlaw.com
**Subject:** RE: Immunomedics -- Deposition of Dr. Chacon

**[WARNING: External Email]**

Counsel:

We reiterate our request that Defendants provide us what their purported concerns are regarding Dr. Chacon's Rule 30(b)(1) deposition. Please also let us know what dates you have proposed to the FDA for the conference call to discuss your purported concerns.

We request that we receive your response by 5 pm pacific today.

Regards,

Trig Smith



Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

**From:** Trig Smith
**Sent:** Thursday, August 4, 2022 11:54 AM
**To:** 'Kostecka, Allison' <AKostecka@gibsondunn.com>
**Cc:** 'Carmichael, Chaplin J.' <CCarmichael@gibsondunn.com>; 'Mishkin, Benjamin S.' <BMishkin@gibsondunn.com>; 'Loseman, Monica K.' <MLoseman@gibsondunn.com>; 'Varnen, Craig' <CVarnen@gibsondunn.com>; 'Maloney, Mary Beth' <MMaloney@gibsondunn.com>; 'Dougherty, Luke' <LDougherty@gibsondunn.com>; 'Turquet Bravard, John' <JTurquetBravard@gibsondunn.com>; 'Rodney Villazor' <rodney.villazor@smithvillazor.com>; 'Michael Sala' <michael.sala@smithvillazor.com>; 'Brian Burns' <brian.burns@smithvillazor.com>; 'Jacob Walker' <jake@blockleviton.com>; 'Nathaniel Silver' <nate@blockleviton.com>; 'Michael Gaines' <michael@blockleviton.com>; 'Brendan Jarboe' <brendan@blockleviton.com>; Dawn Watts <DWatts@rgrdlaw.com>
**Subject:** RE: Immunomedics -- Deposition of Dr. Chacon

Counsel:

It is our understanding that Gibson Dunn spoke with the FDA yesterday regarding Plaintiffs seeking the deposition of Dr. Chacon. It is our understanding that you expressed concerns about Dr. Chacon's testimony in that conversation. We

also understand that the FDA will be scheduling a conference call to get the parties on the phone to discuss Defendants' concerns. We are disappointed that Gibson Dunn attorneys found the time to potentially interfere with non-party discovery by calling the FDA regarding the deposition of a percipient, non-party witness pursuant to Rule 30(b)(1), but could not find the time to respond to Plaintiffs' counsel with respect to the proposed September deposition dates, let alone communicate your purported concerns about Dr. Chacon's testimony (whatever they may be) to us. Setting aside our disappointment, we would appreciate Gibson Dunn making themselves available next week for that call in light of the fact that Plaintiffs are attempting to get depositions scheduled in an orderly fashion prior to the September 9 Status Conference.

At your earliest convenience today, and for purposes of the upcoming call with the agency, we request that you provide us with your clients' concerns about Dr. Chacon's testimony so that potential areas of dispute might be resolved prior to the call and/or so Plaintiffs can be fully prepared to address them efficiently during the call with the FDA.

Regards,

Trig Smith

**Robbins Geller Rudman & Dowd LLP**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058



**From:** Trig Smith
**Sent:** Wednesday, August 3, 2022 9:03 AM
**To:** 'Kostecka, Allison' <AKostecka@gibsondunn.com>
**Cc:** 'Carmichael, Chaplin J.' <CCarmichael@gibsondunn.com>; 'Mishkin, Benjamin S.' <BMishkin@gibsondunn.com>; 'Loseman, Monica K.' <MLoseman@gibsondunn.com>; 'Varnen, Craig' <CVarnen@gibsondunn.com>; 'Maloney, Mary Beth' <MMaloney@gibsondunn.com>; 'Dougherty, Luke' <LDougherty@gibsondunn.com>; 'Turquet Bravard, John' <JTurquetBravard@gibsondunn.com>; 'Rodney Villazor' <rodney.villazor@smithvillazor.com>; 'Michael Sala' <michael.sala@smithvillazor.com>; 'Brian Burns' <brian.burns@smithvillazor.com>; 'Jacob Walker' <jake@blockleviton.com>; 'Nathaniel Silver' <nate@blockleviton.com>; 'Michael Gaines' <michael@blockleviton.com>; 'Brendan Jarboe' <brendan@blockleviton.com>; Dawn Watts <DWatts@rgrdlaw.com>
**Subject:** RE: Immunomedics -- Deposition of Dr. Chacon

Oops. So sorry all.

To fill in the blank below ... September 8, 2022.

**From:** Trig Smith
**Sent:** Wednesday, August 3, 2022 9:00 AM
**To:** 'Kostecka, Allison' <AKostecka@gibsondunn.com>
**Cc:** 'Carmichael, Chaplin J.' <CCarmichael@gibsondunn.com>; 'Mishkin, Benjamin S.' <BMishkin@gibsondunn.com>; 'Loseman, Monica K.' <MLoseman@gibsondunn.com>; 'Varnen, Craig' <CVarnen@gibsondunn.com>; 'Maloney, Mary Beth' <MMaloney@gibsondunn.com>; 'Dougherty, Luke' <LDougherty@gibsondunn.com>; 'Turquet Bravard, John' <JTurquetBravard@gibsondunn.com>; 'Rodney Villazor' <rodney.villazor@smithvillazor.com>; 'Michael Sala' <michael.sala@smithvillazor.com>; 'Brian Burns' <brian.burns@smithvillazor.com>; 'Jacob Walker'

3

<jake@blockleviton.com>; 'Nathaniel Silver' <nate@blockleviton.com>; 'Michael Gaines' <michael@blockleviton.com>; 'Brendan Jarboe' <brendan@blockleviton.com>; Dawn Watts <DWatts@rgrdlaw.com>
**Subject:** RE: Immunomedics -- Deposition of Dr. Chacon

Counsel:

Please be advised that today Plaintiffs will inform the FDA that Dr. Chacon's deposition may proceed on September ____. 2022, and notice of the deposition will follow soon. We look forward to seeing Gibson Dunn there.

Best regards,

Trig Smith

**Robbins Geller Rudman & Dowd LLP**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058




**From:** Trig Smith
**Sent:** Friday, July 29, 2022 9:01 AM
**To:** 'Kostecka, Allison' <AKostecka@gibsondunn.com>
**Cc:** Carmichael, Chaplin J. <CCarmichael@gibsondunn.com>; Mishkin, Benjamin S. <BMishkin@gibsondunn.com>; Loseman, Monica K. <MLoseman@gibsondunn.com>; Varnen, Craig <CVarnen@gibsondunn.com>; Maloney, Mary Beth <MMaloney@gibsondunn.com>; Dougherty, Luke <LDougherty@gibsondunn.com>; Turquet Bravard, John <JTurquetBravard@gibsondunn.com>; Rodney Villazor <rodney.villazor@smithvillazor.com>; Michael Sala <michael.sala@smithvillazor.com>; Brian Burns <brian.burns@smithvillazor.com>; 'Jacob Walker' <jake@blockleviton.com>; 'Nathaniel Silver' <nate@blockleviton.com>; Michael Gaines <michael@blockleviton.com>; Brendan Jarboe <brendan@blockleviton.com>; Dawn Watts <DWatts@rgrdlaw.com>
**Subject:** Immunomedics -- Deposition of Dr. Chacon

Counsel:

Please be advised that the FDA has informed Plaintiffs that Dr. Chacon is available for deposition on either September 8 or 9. 2022. Please confirm your availability for one of those dates by close of business, Tuesday, August 2, 2022.

Thanks,

Trig Smith

**Robbins Geller Rudman & Dowd LLP**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058



4

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.