# Trig Smith

| | |
|---|---|
| **From:** | Kostecka, Allison <AKostecka@gibsondunn.com> |
| **Sent:** | Wednesday, August 17, 2022 4:26 PM |
| **To:** | Jacob Walker; Carmichael, Chaplin J.; Tor Gronborg; Debra Wyman; Trig Smith; Jen Caringal; Raffi Friedman; Joseph Tull; Michael Gaines; Rodney Villazor; Brian Burns; Michael Sala |
| **Cc:** | Loseman, Monica K.; Varnen, Craig; Maloney, Mary Beth; Campbell, Scott; Nuland, Maya; Dougherty, Luke; Turquet Bravard, John; Lulkin, Lydia |
| **Subject:** | RE: Immunomedics - Rule 26 Disclosures |

**EXTERNAL SENDER**

Jake,

Thank you for your email. As stated on the call with the FDA, Defendants do not believe that testimony from any FDA employees is necessary in this case. In the event that the FDA grants Plaintiffs' request to depose Dr. Chacon, Defendants may seek deposition testimony from FDA employees to serve as a rebuttal. To the extent rebuttal testimony is necessary, and the request granted by the FDA, the depositions will be noticed in advance of the deposition date. Because this would be rebuttal testimony from a yet-to-be determined witness or witnesses, we do not have an obligation to update our initial disclosures.

**Allison K. Kostecka**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5718 • Fax +1 303.313.2834
AKostecka@gibsondunn.com • www.gibsondunn.com

---

**From:** Jacob Walker <jake@blockleviton.com>
**Sent:** Wednesday, August 17, 2022 11:26 AM
**To:** Carmichael, Chaplin J. <CCarmichael@gibsondunn.com>; Tor Gronborg <TorG@rgrdlaw.com>; Debra Wyman <DebraW@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Raffi Friedman <RFriedman@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; Michael Gaines <michael@blockleviton.com>; Rodney Villazor <rodney.villazor@smithvillazor.com>; Brian Burns <brian.burns@smithvillazor.com>; Michael Sala <michael.sala@smithvillazor.com>
**Cc:** Loseman, Monica K. <MLoseman@gibsondunn.com>; Varnen, Craig <CVarnen@gibsondunn.com>; Maloney, Mary Beth <MMaloney@gibsondunn.com>; Kostecka, Allison <AKostecka@gibsondunn.com>; Campbell, Scott <SCampbell@gibsondunn.com>; Nuland, Maya <MNuland@gibsondunn.com>; Dougherty, Luke <LDougherty@gibsondunn.com>; Turquet Bravard, John <JTurquetBravard@gibsondunn.com>; Lulkin, Lydia <LLulkin@gibsondunn.com>
**Subject:** Re: Immunomedics - Rule 26 Disclosures

[WARNING: External Email]

Mary Beth and Monica:

Please respond to my email below.

Jake

1

--
Jacob Walker
**Block & Leviton LLP**
(617) 398-5600

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Jacob Walker <jake@blockleviton.com>
**Date:** Wednesday, August 10, 2022 at 1:41 PM
**To:** Carmichael, Chaplin J. <CCarmichael@gibsondunn.com>, Tor Gronborg <TorG@rgrdlaw.com>, Debra Wyman <DebraW@rgrdlaw.com>, Trig Smith <TrigS@rgrdlaw.com>, Jen Caringal <JCaringal@rgrdlaw.com>, Raffi Friedman <RFriedman@rgrdlaw.com>, Joseph Tull <JTull@rgrdlaw.com>, Michael Gaines <michael@blockleviton.com>, Rodney Villazor <rodney.villazor@smithvillazor.com>, Brian Burns <brian.burns@smithvillazor.com>, Michael Sala <michael.sala@smithvillazor.com>
**Cc:** Loseman, Monica K. <MLoseman@gibsondunn.com>, Varnen, Craig <CVarnen@gibsondunn.com>, Maloney, Mary Beth <MMaloney@gibsondunn.com>, Kostecka, Allison <AKostecka@gibsondunn.com>, Campbell, Scott <SCampbell@gibsondunn.com>, Nuland, Maya <MNuland@gibsondunn.com>, Dougherty, Luke <LDougherty@gibsondunn.com>, Turquet Bravard, John <JTurquetBravard@gibsondunn.com>, Lulkin, Lydia <LLulkin@gibsondunn.com>
**Subject:** Immunomedics - Rule 26 Disclosures

Mary Beth and Monica,

During the call with the FDA this morning, you represented that Defendants had identified and intend to seek testimony from two representative of the Agency. Neither Defendants' September 11, 2020 FRCP 26(a)(1) Initial Disclosures nor their June 15, 2022 Amended Initial Disclosures identify any representative of the FDA as an individual likely to have discoverable information.

In accordance with FRCP 26(e)(1)(A), please provide amended FRCP 26(a)(1) by the end of the week identifying those individuals, including the two representatives of the FDA, Defendants believe are likely to have discoverable information that Defendants may use to support their claims or defenses.

Thanks -

Jake

--
Jacob Walker
**Block & Leviton LLP**
(617) 398-5600

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.