# Trig Smith

**From:** Philips, Howard <Howard.Philips@fda.hhs.gov>
**Sent:** Monday, July 18, 2022 7:25 AM
**To:** Trig Smith; 'Kostecka, Allison'
**Cc:** DiPaola, Lauren; Maloney, Mary Beth; Tor Gronborg; 'Jacob Walker'; Michael Sala
**Subject:** RE: [EXTERNAL] RE: Immunomedics

EXTERNAL SENDER
This is acceptable to FDA.

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Friday, July 15, 2022 12:59 PM
**To:** 'Kostecka, Allison' <AKostecka@gibsondunn.com>; Philips, Howard <Howard.Philips@fda.hhs.gov>
**Cc:** DiPaola, Lauren <Lauren.Dipaola@fda.hhs.gov>; Maloney, Mary Beth <MMaloney@gibsondunn.com>; Tor Gronborg <TorG@rgrdlaw.com>; 'Jacob Walker' <jake@blockleviton.com>; Michael Sala <michael.sala@smithvillazor.com>
**Subject:** RE: [EXTERNAL] RE: Immunomedics

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks Allison.

Howard, to avoid burden on the agency,, Plaintiffs are indifferent as to whether the documents are reproduced with a revised designation. That is, Plaintiffs understand that the FDA's production is deemed "Confidential" by operation of execution of the authorization regardless of the AEO designation that appears on the documents.

Best,

Trig

**From:** Kostecka, Allison <AKostecka@gibsondunn.com>
**Sent:** Friday, July 15, 2022 9:52 AM
**To:** Philips, Howard <Howard.Philips@fda.hhs.gov>; Trig Smith <TrigS@rgrdlaw.com>
**Cc:** DiPaola, Lauren <Lauren.Dipaola@fda.hhs.gov>; Maloney, Mary Beth <MMaloney@gibsondunn.com>; Tor Gronborg <TorG@rgrdlaw.com>; 'Jacob Walker' <jake@blockleviton.com>; Michael Sala <michael.sala@smithvillazor.com>
**Subject:** RE: [EXTERNAL] RE: Immunomedics

EXTERNAL SENDER
Good morning, Howard:

Attached please find the signed authorization. Please let us know if you need anything further.

Will the FDA be re-producing the documents with the revised confidentiality designation?

Best regards,
Allison

Allison K. Kostecka

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5718 • Fax +1 303.313.2834
AKostecka@gibsondunn.com • www.gibsondunn.com


**From:** Kostecka, Allison <>
**Sent:** Friday, July 8, 2022 12:31 PM
**To:** 'Philips, Howard' <Howard.Philips@fda.hhs.gov>; Trig Smith <TrigS@rgrdlaw.com>
**Cc:** DiPaola, Lauren <Lauren.Dipaola@fda.hhs.gov>; Maloney, Mary Beth <MMaloney@gibsondunn.com>; Tor Gronborg <TorG@rgrdlaw.com>; 'Jacob Walker' <jake@blockleviton.com>; Michael Sala <michael.sala@smithvillazor.com>
**Subject:** RE: [EXTERNAL] RE: Immunomedics

Thank you, Howard. We will take this back to our clients and revert.

Best regards,
Allison


Allison K. Kostecka

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5718 • Fax +1 303.313.2834
AKostecka@gibsondunn.com • www.gibsondunn.com


**From:** Philips, Howard <Howard.Philips@fda.hhs.gov>
**Sent:** Friday, July 8, 2022 5:51 AM
**To:** Kostecka, Allison <AKostecka@gibsondunn.com>; Trig Smith <TrigS@rgrdlaw.com>
**Cc:** DiPaola, Lauren <Lauren.Dipaola@fda.hhs.gov>; Maloney, Mary Beth <MMaloney@gibsondunn.com>; Tor Gronborg <TorG@rgrdlaw.com>; 'Jacob Walker' <jake@blockleviton.com>; Michael Sala <michael.sala@smithvillazor.com>
**Subject:** RE: [EXTERNAL] RE: Immunomedics

[WARNING: External Email]

Allison,

The attached page should be used to replace FDACDER_003038. Please destroy the prior version. You can share with your clients that: (1) there were confidential informant reports made to the FDA; and (2) the timing of such reports.

As for the deliberative process issue, FDA has redacted the information that it determined to be privileged. Thank you for checking with us.

Howard

**From:** Kostecka, Allison <AKostecka@gibsondunn.com>
**Sent:** Thursday, July 7, 2022 6:08 PM
**To:** Trig Smith <TrigS@rgrdlaw.com>; Philips, Howard <Howard.Philips@fda.hhs.gov>
**Cc:** DiPaola, Lauren <Lauren.Dipaola@fda.hhs.gov>; Maloney, Mary Beth <MMaloney@gibsondunn.com>; Tor Gronborg <TorG@rgrdlaw.com>; 'Jacob Walker' <jake@blockleviton.com>; Michael Sala <michael.sala@smithvillazor.com>
**Subject:** [EXTERNAL] RE: Immunomedics

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Howard:

Thank you again for your time yesterday.

As we discussed, attached are three examples of emails from the production set that note accounts by confidential informants (there are many more communications in the production set that reference the informants). While the substance of the reports from the informants has been redacted, we want to ensure that we are able to share with our clients that (1) there were confidential informant reports made to the FDA and (2) the timing of such reports. Per the Protective Order, which I have also attached, we have not shared this AEO information with our clients to date.

- FDACDER_002877_003035
- FDACDER_002877_002921
- FDACDER_005264_00154
- We believe there may be a missed redaction, the first name of a confidential informant, in FDACDER_003038

We also want to confirm that the FDA is comfortable downgrading the AEO designation for documents that appear to reflect the FDA's deliberative process. The second two pdfs produced by the FDA (FDACDER_002877–4327 and FDACDER_004328–5263) appear to consist, in large part, of the FDA's internal email communications. Below are a few examples of communications that appear to contain deliberations (again, there are several more in the production, these are just examples).

- FDACDER_004328_00008
- FDACDER_004328_00014
- FDACDER_004328_00129
- FDACDER_004328_00071

We are happy to discuss further if it would be useful.

Best regards,
Allison

**Allison K. Kostecka**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5718 • Fax +1 303.313.2834
AKostecka@gibsondunn.com • www.gibsondunn.com


**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Wednesday, July 6, 2022 2:25 PM
**To:** 'Philips, Howard' <Howard.Philips@fda.hhs.gov>
**Cc:** DiPaola, Lauren <Lauren.Dipaola@fda.hhs.gov>; Kostecka, Allison <AKostecka@gibsondunn.com>; Maloney, Mary

Beth <MMaloney@gibsondunn.com>; Tor Gronborg <TorG@rgrdlaw.com>; 'Jacob Walker' <jake@blockleviton.com>
**Subject:** FW: Immunomedics

**[WARNING: External Email]**

Hi Howard and thanks for setting some time aside this afternoon for a brief discussion with the parties' counsel.

Attached please find the proposed authorization that Plaintiffs intend to produce to the FDA to facilitate the process of re-designating the "Attorneys' Eyes Only" confidentiality level to "Confidential." It is our understanding based on today's call that the FDA will first assess whether a whistleblower's first name was inadvertently disclosed on one document, and will also assess what may be documents reflecting FDA internal deliberations that should not have been produced. It is Plaintiffs' understanding that Defendants will get you these materials for the agency's consideration and review as soon as reasonably practicable.

Please let me know if you have any questions.

Best regards,


**Trig Smith**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058


**From:** Trig Smith
**Sent:** Wednesday, March 2, 2022 2:22 PM
**To:** 'Kostecka, Allison' <AKostecka@gibsondunn.com>
**Cc:** Maloney, Mary Beth <MMaloney@gibsondunn.com>; Loseman, Monica K. <MLoseman@gibsondunn.com>; Mishkin, Benjamin S. <BMishkin@gibsondunn.com>; Schuemann, Susanna G. <SSchuemann@gibsondunn.com>; rodney.villazor@smithvillazor.com; Carmichael, Chaplin J. <CCarmichael@gibsondunn.com>; Dougherty, Luke <LDougherty@gibsondunn.com>; Turquet Bravard, John <JTurquetBravard@gibsondunn.com>; Jacob Walker <jake@blockleviton.com>; Nathaniel Silver <nate@blockleviton.com>; Michael Gaines <michael@blockleviton.com>; Liliana Birziche-Miller <liliana@blockleviton.com>; Tor Gronborg <TorG@rgrdlaw.com>; Debra Wyman <DebraW@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; Sumner Caesar <SCaesar@rgrdlaw.com>
**Subject:** FW: Immunomedics

Dear Allison:

Pursuant to the parties' prior meet and confer regarding the FDA's designation of its production as "AEO", please find a proposed authorization from Immunomedics, Inc., which will allow the FDA to designate its document production as "Confidential." It is my understanding that your team began the process of re-reviewing the FDA's production regarding this issue on February 2.

We would appreciate your timely response to the proposed form of authorization. I'm more than happy to jump on a telephone call to discuss if you wish.

Best regards,

**Trig Smith**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

From: Christine Clark <ChristC@rgrdlaw.com>
Sent: Wednesday, March 2, 2022 2:14 PM
To: Trig Smith <TrigS@rgrdlaw.com>
Subject: Immunomedics

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.