UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST, and BORIS SALJANIN, <br> c/o Robbins Geller Rudman & Dowd LLP <br> 655 W. Broadway, Suite 1900 <br> San Diego, CA  92101, <br><br> Plaintiff, <br><br> vs. <br><br> THE UNITED STATES FOOD AND DRUG ADMINISTRATION, <br> 10903 New Hampshire Ave. <br> Silver Spring, MD  20993 <br><br> Defendants. | Misc. No. <br><br> CASE IN OTHER COURT: <br> *Odeh v. Immunomedics, Inc.*, <br><br> Civil No. 2:19-cv-17645-EP-ESK (D.N.J.) |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL THE UNITED STATES FOOD AND DRUG ADMINISTRATION TO ALLOW DR. CHACON'S DEPOSITION

THIS MATTER being brought before the Court by Plaintiffs Construction Industry and Laborers Joint Pension Trust and Boris Saljanin, the Court having considered the position of all parties and having read and considered all documents submitted with this motion, hereby FINDS:

1. Dr. Chacon, the proposed deponent, likely possesses information relevant to the claims and defenses asserted by the parties in the underlying action commenced in the United States District Court for the District of New Jersey (captioned *Odeh v. Immunomedics, Inc., et al.*, No. 2:18-cv-17645-EP-ESK).

2. Dr. Chacon's proposed deposition would not pose an undue burden on the United States Food and Drug Administration ("FDA").

WHEREAS, the Court having considered the written submissions of counsel, and having determined Plaintiffs seek relevant testimony from Dr. Chacon that would not impose undue burden on the FDA;

IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel the FDA to Allow Dr. Chacon's Deposition to proceed is GRANTED.

IT IS FURTHER ORDERED that Dr. Chacon's deposition shall be limited to 6-hours of record time, and that Plaintiffs and the FDA shall meet and confer within 5-business days of the date of this Order regarding a mutually agreeable time for Plaintiffs to conduct the deposition.

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE
UNITED STATES DISTRICT JUDGE

4867-1447-7364.v1